UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RICARDO BRYAN,
    Plaintiff,

v.                                    Case No.:  3:21cv686/MCR/ZCB

LINDSAY DANIO, et al.,
    Defendants.
_____/

## **REPORT AND RECOMMENDATION**

This matter is before the Court on Plaintiff's motion to reopen case (Doc. 133) and the District Judge's referral for the preparation of a report and recommendation on the motion (Doc. 136).  The Court held a hearing on Plaintiff's motion on October 16, 2024.  (Docs. 137, 139, 141).  During the hearing, the parties reached a mutually agreeable resolution of this matter.  They signed a settlement agreement and Joint Stipulation of Dismissal.  The parties confirmed on the record that they agreed to the terms as set forth in the settlement agreement.  Counsel for Defendants subsequently filed the Joint Stipulation of Dismissal.

Accordingly, it is hereby **RECOMMENDED** that Plaintiff's motion to reopen case (Doc. 133) be **DENIED as moot**.

At Pensacola, Florida this 16th day of October 2024.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

### Notice to the Parties

Objections to the proposed findings and recommendations set forth above must be filed within fourteen days of the date of this Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control</u>. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.