UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RICARDO BRYAN,
    Plaintiff,

vs.                              Case No.:  3:21-cv-686/MCR/ZCB

LINDSAY DANIO, et al.,
    Defendants.
_____/

### **ORDER**

The magistrate judge issued a Report and Recommendation on October 16, 2024.  (Doc. 142).  The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 142) is adopted and incorporated by reference in this order.

2.    The Plaintiff's motion to reopen case, (Doc. 133), is **DENIED as moot**.

3.    Based on the Joint Stipulation of Dismissal (Doc. 140), the Clerk of Court is directed to close the case in its entirety for all purposes.

**DONE AND ORDERED** this 15th day of November 2024.

*M. Casey Rodgers*
_____
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**